UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

FILED
SEP 2 3 1999
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

LLOYD TALBERT, et al., )
         Plaintiffs, )
         vs. )    Case No. 2:96CV00049 ERW
L.C. WEGARD & CO., INC., et al., )
         Defendants. )

## JUDGMENT

In accordance with the Memorandum and Order of this Court confirming the arbitration award in this matter, which was filed on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Bernie J. Talbert and Herschel W. Moore as the Successor Trustees of the Lloyd H. Talbert Trust are substituted as plaintiffs on behalf of Lloyd Talbert due to his death. Any award or judgment in favor of Lloyd Talbert only shall be paid to them as the substituted plaintiffs;

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that defendant Shawn R. Kearns is not required to pay any compensatory damages in this matter to plaintiffs;

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that defendant L.C. Wegard and Company, Inc. shall pay compensatory damages in the amount of $382,000.00 and punitive damages in the amount of $1,000,000.00 to plaintiff Lloyd Talbert;

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that defendant L.C. Wegard and Company, Inc. shall pay compensatory damages in the

amount of $178,500.00 and punitive damages in the amount of $1,000,000.00 to plaintiff Bernie Talbert;

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that defendant Leonard Greer shall pay compensatory damages in the amount of $120,000.00 and punitive damages in the amount of $50,000.00 to plaintiff Lloyd Talbert;

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that defendants L.C. Wegard & Co., Inc. and Leonard B. Greer are jointly and severally liable to plaintiff Lloyd Talbert for attorneys' fees in the amount of $40,000.00;

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that plaintiffs are awarded interest on the compensatory damages award at the rate of 8% per annum from the date of the arbitration award until paid; and

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the parties shall pay the "forum fees" in accordance with the Arbitration Award.

Dated this 23rd day of September, 1999.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 09/23/99 by lbrowne
2:96cv49     Talbert vs L.C. Wegard & Co.

18:1961 Racketeering (RICO) Act

Randall Baker  -  54572              Fax: 573-581-6577
Fredrich Cruse -   2908              Fax: 573-221-1448

Leonard Greer -
309 Grace Church Street
Rye, NY  10580

Robert James -
PAYNE AND JONES
11000 King
Suite 200, P.O. Box 25625
Overland Park, KS  66225 - 5625

Louis Leonatti  -  3671              Fax: 573-581-6577
Jerome Selvers  -                    Fax: 732-431-3994
David Smith     -                    Fax: 816-471-6664

**SCANNED & FAXED BY:**

**SEP 2 3 1999**

**K. M. E.**